Eva Lynn BLAIR, Plaintiff–Appellant,

v.

**NATIONAL CITY MORTGAGE COR-PORATION WELFARE BENEFITS PLAN; Liberty Life Assurance Company of Boston, a/k/a Liberty Mutual Group, Defendants–Appellees.**

No. 11–1958.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: May 1, 2012.

Denise M. Clark, Julia Roumm, Clark Law Group, PLLC, Washington, D.C., for Appellant. Gina D. Wodarski, Edwards Wildman Palmer LLP, Boston, Massachusetts; Fiona W. Ong, Shawe & Rosenthal, LLP, Baltimore, Maryland, for Appellees.

Before KING, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eva Lynn Blair appeals the district court's orders granting summary judgment to Defendants in her civil action, and denying her motion to reconsider under Fed.R.Civ.P. 59(e). Our review of the record reveals that Blair's outside work for pay understandably terminated her entitlement to the long-term disability benefits she had been receiving from her former employer's welfare benefit plan, which was covered by the Employee Retirement Income Security Act ("ERISA"). We have reviewed the record and find no reversible error. *See generally Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 115, 109 S.Ct. 948, 103 L.Ed.2d 80 (1989) (providing de novo review for denial of ERISA benefits, absent a grant of discretion to administrator in contested benefits plan); *Bogart v. Chapell*, 396 F.3d 548, 555 (4th Cir.2005) (noting that Rule 59(e) motions are reviewed for an abuse of discretion). Accordingly, we affirm for the reasons stated by the district court. *Blair v. Nat'l City Mortg. Corp. Welfare Benefits Plan*, No. 8:09–cv–00906–AW, 2011 WL 2471768 (D. Md. June 20, 2011) & (Sept. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*